UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 21-11756-JGD |
| GREGS TAVERN LLC d/b/a GREG'S ) | |
| TAVERN and GRIGOR QIRJAZI, ) | |
| ) | |
| Defendants. ) | |

## SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on May 20, 2022, that the above-entitled action has been settled;

IT IS ORDERED that this action be and hereby is dismissed with prejudice.

BY THE COURT,

/ s / Katherine Thomson
By: Deputy Clerk

DATED: May 23, 2022